UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAUL M. RETFALVI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-468-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the government's motion to dismiss [D.E. 9].

**This Judgment Filed and Entered on August 15, 2018, and Copies To:**

| | |
|---|---|
| Jeffrey D. McKinney | (via CM/ECF electronic notification) |
| Robert H. Merritt, Jr. | (via CM/ECF electronic notification) |
| Christopher J. Williamson | (via CM/ECF electronic notification) |

DATE:

August 15, 2018

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk